NUMBER 13-07-432-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


____________________________________________________ 


ROBERT MANUFACTURING COMPANY, Appellant,


v.



STATE FARM LLOYDS AS SUBROGEE 

OF MARY E. COBLE, Appellee.

______________________________________________________ 


On appeal from the County Court at Law No. 3


of Cameron County, Texas.


___________________________________________________ 
 

MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Benavides


Memorandum Opinion Per Curiam


 Appellant, ROBERT MANUFACTURING COMPANY, perfected an appeal from a
judgment entered by the County Court at Law No. 3 of Cameron County, Texas, in cause
number 2006-CCL-01764-C. After the record was filed, the parties filed a joint motion to
dismiss appeal. In the motion, the parties stated that they have agreed to a Release of
Judgment Claims and Settlement Agreement, which provides that final judgment and costs
have been satisfied in this case, and all potential causes of action, that been asserted in
this litigation be relinquished, mooting all appellate issues for appellant. 

 The Court, having considered the documents on file and the joint motion to dismiss
appeal, is of the opinion that the motion should be granted. The joint motion to dismiss
appeal is granted. The appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 18th day of October, 2007.